LJW/RRH: USAO#2016R00586



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | UNDER SEAL |
|---|---|
| v. | Criminal No. JKB-16-0484 |
| 1. AARON BOHL,<br>2. ROZLYN BRATTEN,<br>3. RACHELLE HANKERSON,<br>4. DAVID HEARN,<br>5. XAVIER HOLDEN,<br>6. JESSE JAMES JONES,<br>7. THOMAS LEIMBACH,<br>8. KIMBERLY RAYFIELD,<br>9. STEPHEN WISE,<br>10. MOHAMMED AKRAM,<br>11. AARON BELL,<br>12. SHAWN BENBOW,<br>13. DAVID BOND, a/k/a "D.J.,"<br>14. JOSEPH BRANCH, a/k/a "Sandtown,"<br>15. ROBERT COSTEN, a/k/a "Bug,"<br>16. MICHAEL COUNTS, a/k/a "Feaster,"<br>17. TRAVIS GIE, a/k/a "T-Guy,"<br>18. JAMAR HUTT,<br>19. SAMUEL JOHNSON,<br>20. TROY JOHNSON,<br>21. DEMARIO KING, a/k/a "Mario,"<br>22. MARK LANCE, a/k/a "Nitti,"<br>23. TERNELL LUCAS, a/k/a "T.L,"<br>    a/k/a "Moon,"<br>24. MICHAEL PAGE, a/k/a "Murder,"<br>25. KEVIN STANLEY, a/k/a "Little Kev,"<br>26. SHAWN SULLIVAN,<br>27. REGGIE FOSQUE,<br>28. CAMMAY GRAY,<br>29. CHASTITY HARMON,<br>30. LEONDRUS HIGGINS,<br>31. DEONYA JOHNSON,<br>32. TERRELL KING,<br>33. MARKAYLA REYNOLDS,<br>    a/k/a "Kayla,"<br>34. CHAVIA SAVAGE,<br>35. RONALD STEWART, a/k/a "Freak,"<br>36. TYEACHA THOMAS COUNTS, | (Racketeering Conspiracy, 18 U.S.C. § 1962(d); Conspiracy to Distribute Possess with Intent to Distribute Drugs, 21 U.S.C. § 846; Deprivation of Rights Under Color of Law, 18 U.S.C. § 242; Aiding and Abetting, 18 U.S.C. § 2; Criminal Forfeiture, 21 U.S.C. § 853) |

| |  |
|---|---|
| 37. KEVIN THOMPSON, a/k/a "Truck,"<br>38. TRINA WILLIAMS JOHNSON, and<br>39. ANGEL WHITTINGTON, a/k/a "Nikki,"<br><br>**Defendants** | |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

1. Comes now the United States of America, by and through its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Leo J. Wise and Robert R. Harding, Assistant United States Attorneys for said District, and hereby moves this Honorable Court pursuant to Fed. R. Crim. P. 6(e)(4) for an Order sealing the Indictment returned by the Grand Jury and arrest warrants relative to the above-named defendants, and in support thereof states:

2. On September 29, 2016, the Grand Jury returned an indictment charging the above-named defendants with Racketeering Conspiracy, Drug Trafficking Conspiracy and Deprivation of Rights under Color of Law.

3. It is imperative that the Indictment be sealed until the execution of the arrest warrants, and apprehension of the above named defendants as they are unaware of any investigation against them. The appearance of the indictment in the public record prior to any enforcement action could create safety issues for the law enforcement officers involved, and may cause the targets of the investigation to destroy potential evidence or flee.

WHEREFORE, the government respectfully requests that the Indictment and arrest warrants for the arrest of the above named defendants along with this motion and the Court's

reasons for sealing, if made express in the order, be placed under seal for 10 days, or until further order of this Court.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____
Leo J. Wise
Assistant United States Attorney

Ordered as Prayed This __29TH__ day of September, 2016

_____
Beth P. Gesner
United States Magistrate Judge