# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. AARON BOHL,<br>2. ROZLYN BRATTEN,<br>3. RACHELLE HANKERSON,<br>4. DAVID HEARN,<br>5. XAVIER HOLDEN,<br>6. JESSE JAMES JONES,<br>7. THOMAS LEIMBACH,<br>8. KIMBERLY RAYFIELD,<br>9. STEPHEN WISE,<br>10. MOHAMMED AKRAM,<br>11. AARON BELL,<br>12. SHAWN BENBOW,<br>13. DAVID BOND, a/k/a "D.J.,"<br>14. JOSEPH BRANCH, a/k/a "Sandtown,"<br>15. ROBERT COSTEN, a/k/a "Bug,"<br>16. MICHAEL COUNTS, a/k/a "Feaster,"<br>17. TRAVIS GIE, a/k/a "T-Guy,"<br>18. JAMAR HUTT,<br>19. SAMUEL JOHNSON,<br>20. TROY JOHNSON,<br>21. DEMARIO KING, a/k/a "Mario,"<br>22. MARK LANCE, a/k/a "Nitti,"<br>23. TERNELL LUCAS, a/k/a "T.L,"<br>   a/k/a "Moon,"<br>24. MICHAEL PAGE, a/k/a "Murder,"<br>25. KEVIN STANLEY, a/k/a "Little Kev,"<br>26. SHAWN SULLIVAN,<br>27. REGGIE FOSQUE,<br>28. CAMMAY GRAY,<br>29. CHASTITY HARMON,<br>30. LEONDRUS HIGGINS,<br>31. DEONYA JOHNSON,<br>32. TERRELL KING,<br>33. MARKAYLA REYNOLDS,<br>   a/k/a "Kayla,"<br>34. CHAVIA SAVAGE,<br>35. RONALD STEWART, a/k/a "Freak,"<br>36. TYEACHA THOMAS COUNTS, | Criminal No. JKB-16-0484<br><br>(Racketeering Conspiracy, 18 U.S.C. § 1962(d); Conspiracy to Distribute Possess with Intent to Distribute Drugs, 21 U.S.C. § 846; Deprivation of Rights Under Color of Law, 18 U.S.C. § 242; Aiding and Abetting, 18 U.S.C. § 2; Criminal Forfeiture, 21 U.S.C. § 853)<br><br>____FILED ____ENTERED<br>____LODGED ____RECEIVED<br><br>OCT - 5 2016<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY____ DEPUTY |

| | |
|---|---|
| 37. KEVIN THOMPSON, a/k/a "Truck,"<br>38. TRINA WILLIAMS JOHNSON, and<br>39. ANGEL WHITTINGTON, a/k/a "Nikki,"<br><br>Defendants | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by and through its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Leo J. Wise and Robert R. Harding, Assistant United States Attorneys for said District, and hereby moves this Honorable Court to unseal the Indictment in the above-captioned case. The defendants have been apprehended and will need to be apprised of the charges against them.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment set forth herein

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____
Leo J. Wise
Robert R. Harding
Assistant United States Attorneys

So Ordered this ___5th___ day of October, 2016

_____
Stephanie A. Gallagher
United States Magistrate Judge

2