**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **V.** : | **CRIMINAL NO. CCB 16-CR-0484** |
| : | |
| : | |
| **AARON BOHL et al,** : | |

...oooOooo...

## **LINE**

Madam Clerk:

Please enter the appearance of Daniel C. Gardner as counsel for the government for all purposes in the above-captioned case.

                                            Respectfully submitted,

                                            Rod Rosenstein
                                            United States Attorney

By:       /s/                     
       Daniel C. Gardner
       Assistant United States Attorney